WYCHE v. ALEXANDER

No. 166 PC.

Case below: 15 N.C. App. 130.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.